UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re: | § | Case No. 15-13309 |
| | § | |
| J. C. INTERIORS, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter L. Fear, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $488.70 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $3,046.37 | | |

3) Total gross receipts of $3,535.07 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $3,535.07 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $1,963.91 | $1,963.91 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $3,046.37 | $3,046.37 | $3,046.37 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $500.00 | $90,970.14 | $90,970.14 | $488.70 |
| General Unsecured Claims (from **Exhibit 7**) | $191,690.52 | $203,523.84 | $203,523.84 | $0.00 |
| **Total Disbursements** | $192,190.52 | $299,504.26 | $299,504.26 | $3,535.07 |

4). This case was originally filed under chapter 7 on 08/20/2015. The case was pending for 20 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/10/2017          By:   /s/ Peter L. Fear
                                       Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Accounts Receivables. Face value of $35,119.18. | 1180-000 | $3,535.07 |
| Creditors Bureau USA | 1180-002 | ($84.00) |
| Creditors Bureau USA | 1180-002 | $84.00 |
| **TOTAL GROSS RECEIPTS** | | $3,535.07 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| Creditors Bureau USA | Funds to Third Parties | 8500-002 | $84.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $84.00 |

### EXHIBIT 3 – SECURED CLAIMS
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 16 | Fresno County Tax Collector | 4800-000 | $0.00 | $1,963.91 | $1,963.91 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $1,963.91 | $1,963.91 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter L. Fear, Trustee | 2100-000 | NA | $883.77 | $883.77 | $883.77 |
| Peter L. Fear, Trustee | 2200-000 | NA | $21.87 | $21.87 | $21.87 |
| Integrity Bank | 2600-000 | NA | $24.76 | $24.76 | $24.76 |
| Franchise Tax Board | 2990-000 | NA | $1,621.97 | $1,621.97 | $1,621.97 |
| James Salven, Accountant for Trustee | 3410-000 | NA | $300.00 | $300.00 | $300.00 |
| James Salven, Accountant for Trustee | 3420-000 | NA | $194.00 | $194.00 | $194.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $3,046.37 | $3,046.37 | $3,046.37 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Franchise Tax Board | 5800-000 | $500.00 | $838.43 | $838.43 | $4.51 |
| 10 | Employment Development Department | 5800-000 | $0.00 | $16,610.08 | $16,610.08 | $89.23 |
| 13 | Internal Revenue Service | 5800-000 | $0.00 | $73,521.63 | $73,521.63 | $394.96 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $500.00 | $90,970.14 | $90,970.14 | $488.70 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Independent Electric Supply, Inc. | 7100-000 | $2,037.02 | $2,037.02 | $2,037.02 | $0.00 |
| 2 | DeVenco Products | 7100-000 | $2,792.21 | $3,001.47 | $3,001.47 | $0.00 |
| 3a | Franchise Tax Board | 7100-000 | $0.00 | $204.12 | $204.12 | $0.00 |
| 5 | US Airconditioning Distributors | 7100-000 | $4,128.13 | $1,627.67 | $1,627.67 | $0.00 |
| 6 | Agape Fireplaces Grills | 7100-000 | $1,425.54 | $1,590.54 | $1,590.54 | $0.00 |
| 7 | Bedrosians | 7100-000 | $6,704.13 | $6,704.13 | $6,704.13 | $0.00 |
| 8 | Telplex | 7100-000 | $314.48 | $314.48 | $314.48 | $0.00 |
| 9 | CAPITAL COLLECTIONS, LLC | 7100-000 | $0.00 | $1,425.54 | $1,425.54 | $0.00 |
| 10a | Employment Development Department | 7100-000 | $0.00 | $3,627.48 | $3,627.48 | $0.00 |
| 11 | CSAA Insurance Exchange | 7100-000 | $0.00 | $163,916.89 | $163,916.89 | $0.00 |
| 12 | United Site Services of California, Inc. | 7100-000 | $135.86 | $135.86 | $135.86 | $0.00 |
| 13a | Internal Revenue Service | 7100-000 | $0.00 | $7,549.36 | $7,549.36 | $0.00 |
| 14 | Creditors Bureau USA, Assignee | 7100-000 | $1,129.95 | $1,169.94 | $1,169.94 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | for Wilson Fire Sprinkler Co. | | | | |
| 15 | | Synchrony Bank | 7100-000 | $8,698.43 | $8,698.43 | $8,698.43 | $0.00 |
| 17 | | Hajoca Corporation | 7200-000 | $1,544.73 | $1,520.91 | $1,520.91 | $0.00 |
| | | A.M. & P.M. Sewer & | 7100-000 | $3,774.22 | $0.00 | $0.00 | $0.00 |
| | | Alcal Specialty Contracting | 7100-000 | $1,155.00 | $0.00 | $0.00 | $0.00 |
| | | Allstate Sanitary | 7100-000 | $166.69 | $0.00 | $0.00 | $0.00 |
| | | Anthem Blue Cross | 7100-000 | $2,761.50 | $0.00 | $0.00 | $0.00 |
| | | BMC West | 7100-000 | $1,946.92 | $0.00 | $0.00 | $0.00 |
| | | Carlson & Cohen | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | Central Distributing | 7100-000 | $2,119.84 | $0.00 | $0.00 | $0.00 |
| | | Chase Bank One (BK DEPT) | 7100-000 | $13,730.26 | $0.00 | $0.00 | $0.00 |
| | | City of Clovis | 7100-000 | $215.00 | $0.00 | $0.00 | $0.00 |
| | | City of Madera | 7100-000 | $111.00 | $0.00 | $0.00 | $0.00 |
| | | Consolidated Electrical Distributors, Inc. | 7100-000 | $4,320.23 | $0.00 | $0.00 | $0.00 |
| | | Donald P. Dick/Mr. Cool Air | 7100-000 | $13,770.86 | $0.00 | $0.00 | $0.00 |
| | | ENS Electric | 7100-000 | $3,625.00 | $0.00 | $0.00 | $0.00 |
| | | Floor Covering Contracts | 7100-000 | $15,785.00 | $0.00 | $0.00 | $0.00 |
| | | Fresno County Tax Collector | 7100-000 | $1,684.00 | $0.00 | $0.00 | $0.00 |
| | | Golden State Plastering | 7100-000 | $3,570.00 | $0.00 | $0.00 | $0.00 |
| | | Health Edge | 7100-000 | $159.64 | $0.00 | $0.00 | $0.00 |
| | | Home Depot | 7100-000 | $26,498.21 | $0.00 | $0.00 | $0.00 |
| | | IICRC | 7100-000 | $36.00 | $0.00 | $0.00 | $0.00 |
| | | IPFS Corp | 7100-000 | $3,575.60 | $0.00 | $0.00 | $0.00 |
| | | John Campbell Construction | 7100-000 | $1,028.00 | $0.00 | $0.00 | $0.00 |
| | | Kelly Moore Paint company | 7100-000 | $8,364.12 | $0.00 | $0.00 | $0.00 |
| | | Lehigh Hanson | 7100-000 | $4,154.89 | $0.00 | $0.00 | $0.00 |
| | | Liberty Mutual Insurance | 7100-000 | $947.00 | $0.00 | $0.00 | $0.00 |
| | | Moore Grider & Company, CPAs | 7100-000 | $3,988.91 | $0.00 | $0.00 | $0.00 |
| | | Pacific Gas & | 7100-000 | $305.99 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | Electric |  |  |  |  |  |
|  | Ron Toomajian | 7100-000 | $4,762.50 | $0.00 | $0.00 | $0.00 |
|  | RUI Credit Services | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Sierra Aluminum Products | 7100-000 | $835.00 | $0.00 | $0.00 | $0.00 |
|  | State Compensation Insurance Fund | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Sun Marble, Inc | 7100-000 | $8,668.74 | $0.00 | $0.00 | $0.00 |
|  | Superior Woodworking | 7100-000 | $5,496.98 | $0.00 | $0.00 | $0.00 |
|  | Tulare & Kings County's | 7100-000 | $322.90 | $0.00 | $0.00 | $0.00 |
|  | Westamerica Bank | 7100-000 | $18,311.28 | $0.00 | $0.00 | $0.00 |
|  | Xact Net | 7100-000 | $1,588.76 | $0.00 | $0.00 | $0.00 |
|  | York Risk Services Group | 7100-000 | $5,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  |  | $191,690.52 | $203,523.84 | $203,523.84 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 15-13309-A-7 | Trustee Name: | Peter L. Fear |
|---|---|---|---|
| Case Name: | J. C. INTERIORS, INC. | Date Filed (f) or Converted (c): | 08/20/2015 (f) |
| For the Period Ending: | 4/10/2017 | §341(a) Meeting Date: | 09/25/2015 |
| | | Claims Bar Date: | 05/05/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1   Westamerica Bank. | $0.00 | Unknown | | $0.00 | FA |
| 2   Accounts Receivables. Face value of $35,119.18. | Unknown | Unknown | | $3,535.07 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

| $0.00 | $0.00 | | $3,535.07 | $0.00 |
|---|---|---|---|---|

**Major Activities affecting case closing:**

| 01/18/2017 | Trustee mistakenly deposited a check after disbursements had been made to all creditors. Trustee attempted to reverse the deposit, but the deposit was instantaneous and the reversal was not effective. Trustee returned the amount of the mistaken deposit to the creditor via check. |
|---|---|
| 10/24/2016 | Trustee reviewed claims. Trustee does not intend to object to any claims. Case is ready to TFR |
| 09/19/2016 | Trustee reviewed case. Trustee has received accounts receivable and has hired an accountant to prepare taxes for the estate. |
| 06/06/2016 | Trustee has determined that there is not sufficient likelihood of success to bring the preferential transfer action |
| 06/02/2016 | Trustee is analyzing whether to pursue prefential transfer actions against the principals of debtor. |
| 02/11/2016 | Trustee reviewed case. Trustee is analyzing whether to pursue relatively substantial preferential transfers. The bases for the avoidance actions are relatively complex. |
| 12/17/2015 | Trustee is reviewing potential preferential transfers by debtor |

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2019 | /s/ PETER L. FEAR |
|---|---|---|
| **Current Projected Date Of Final Report (TFR):** | 10/31/2016 | PETER L. FEAR |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 15-13309-A-7 | Trustee Name: | Peter L. Fear |
|---|---|---|---|
| Case Name: | J. C. INTERIORS, INC. | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***3741 | Checking Acct #: | ******3309 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 8/20/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/10/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/13/2016 | (2) | Amco Insurance Company | Receipt of unexempt amount in account receivable | 1180-000 | $2,057.91 | | $2,057.91 |
| 01/13/2016 | (2) | Fresno Credit Bureau | Receipt of unexempt amount in account receivable | 1180-000 | $33.46 | | $2,091.37 |
| 01/13/2016 | (2) | Fresno Credit Bureau | Receipt of unexempt amount in account receivable | 1180-000 | $110.46 | | $2,201.83 |
| 01/13/2016 | (2) | Fresno Credit Bureau | Receipt of unexempt amount in account receivable | 1180-000 | $72.41 | | $2,274.24 |
| 01/13/2016 | (2) | City of Clovis | Receipt of unexempt amount in account receivable | 1180-000 | $160.23 | | $2,434.47 |
| 01/20/2016 | (2) | Fresno Credit Bureau | Receipt of unexempt amount in account receivable | 1180-000 | $32.32 | | $2,466.79 |
| 01/20/2016 | (2) | Fresno Credit Bureau | Receipt of unexempt amount in account receivable | 1180-000 | $70.83 | | $2,537.62 |
| 01/20/2016 | (2) | DEP REVERSE: Amco Insurance Company | Receipt of unexempt amount in account receivable | 1180-000 | ($2,057.91) | | $479.71 |
| 01/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.92 | $478.79 |
| 02/29/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.72 | $478.07 |
| 03/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.77 | $477.30 |
| 04/18/2016 | (2) | Fresno Creditors Bureau | Receipt of unexempt amount in account receivable | 1180-000 | $38.50 | | $515.80 |
| 04/18/2016 | (2) | Foundation for Medical Care of Kern County | Receipt of unexempt amount in account receivable | 1180-000 | $161.36 | | $677.16 |
| 04/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.85 | $676.31 |
| 05/18/2016 | (2) | Jason Brandes | Receipt of unexempt amount in account receivable | 1180-000 | $2,057.91 | | $2,734.22 |
| 05/18/2016 | (2) | Creditors Bureau USA | Receipt of unexempt amount in account receivable | 1180-000 | $38.50 | | $2,772.72 |
| 05/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2.39 | $2,770.33 |
| 06/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $4.32 | $2,766.01 |
| 07/27/2016 | (2) | VitaFoam QSF | Receipt of unexempt amount in account receivable | 1180-000 | $3.25 | | $2,769.26 |
| 07/27/2016 | (2) | Polyfoam Distribution Account | Receipt of unexempt amount in account receivable | 1180-000 | $86.18 | | $2,855.44 |
| 07/27/2016 | (2) | Polyfoam Distribution Account | Receipt of unexempt amount in account receivable | 1180-000 | $44.79 | | $2,900.23 |
| 07/27/2016 | (2) | The Pape Group, Inc. | Receipt of unexempt amount in account receivable | 1180-000 | $100.00 | | $3,000.23 |
| 07/27/2016 | (2) | Creditiors Bureau USA | Receipt of unexempt amount in account receivable | 1180-000 | $42.00 | | $3,042.23 |
| 07/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $4.50 | $3,037.73 |
| 08/31/2016 | (2) | David Jenkins PC | Receipt of unexempt amount in account receivable | 1180-000 | $438.75 | | $3,476.48 |
| 08/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $4.90 | $3,471.58 |
| 09/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $5.39 | $3,466.19 |
| 10/27/2016 | (2) | Creditors Bureau USA | Receipt of unexempt amount in account receivable | 1180-000 | $42.00 | | $3,508.19 |
| | | | **SUBTOTALS** | | $3,532.95 | $24.76 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-13309-A-7 | | Trustee Name: | Peter L. Fear |
|---|---|---|---|---|
| Case Name: | J. C. INTERIORS, INC. | | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***3741 | | Checking Acct #: | ******3309 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 8/20/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/10/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/27/2016 | (2) | ATTM Settlement | Receipt of unexempt amount in account receivable | 1180-000 | $0.46 | | $3,508.65 |
| 10/27/2016 | (2) | ATTM Settlement | Receipt of unexempt amount in account receivable | 1180-000 | $1.66 | | $3,510.31 |
| 10/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $5.59 | $3,504.72 |
| 11/01/2016 | | Integrity Bank | Reverse bank fee | 2600-000 | | ($5.59) | $3,510.31 |
| 12/05/2016 | 3001 | James Salven | Account Number: ; Claim #: ; Amount Claimed: 194.00; Amount Allowed: 194.00; Notes: ; | 3420-000 | | $194.00 | $3,316.31 |
| 12/05/2016 | 3002 | James Salven | Account Number: ; Claim #: ; Amount Claimed: 300.00; Amount Allowed: 300.00; Notes: ; | 3410-000 | | $300.00 | $3,016.31 |
| 12/05/2016 | 3003 | Franchise Tax Board | Account Number: 9640; Claim #: 3; Amount Claimed: 800.00; Amount Allowed: 800.00; Notes: Claim filed with an amount of TBD; Trustee's accountant determined the amount owing. For tax year ending 9/30/2015; | 2990-000 | | $800.00 | $2,216.31 |
| 12/05/2016 | 3004 | Franchise Tax Board | Account Number: 9640; Claim #: 4; Amount Claimed: 821.97; Amount Allowed: 821.97; Notes: (4-1) For tax year ending 9/30/2016; | 2990-000 | | $821.97 | $1,394.34 |
| 12/05/2016 | 3005 | Peter L. Fear | Trustee Compensation | 2100-000 | | $883.77 | $510.57 |
| 12/05/2016 | 3006 | Peter L. Fear | Trustee Expenses | 2200-000 | | $21.87 | $488.70 |
| 12/05/2016 | 3007 | Franchise Tax Board | Account Number: 9640; Claim #: 3; Amount Claimed: 838.43; Amount Allowed: 838.43; Notes: (3-1) 9640; | 5800-000 | | $4.51 | $484.19 |
| 12/05/2016 | 3008 | Employment Development Department | Account Number: 3520; Claim #: 10; Amount Claimed: 16,610.08; Amount Allowed: 16,610.08; Notes: (10-1) Claim Filed; | 5800-000 | | $89.23 | $394.96 |
| 12/05/2016 | 3009 | Internal Revenue Service | Account Number: ; Claim #: 13; Amount Claimed: 73,521.63; Amount Allowed: 73,521.63; Notes: ; | 5800-000 | | $394.96 | $0.00 |
| 12/07/2016 | | Creditors Bureau USA | Non-Estate Receipts | 1180-002 | $84.00 | | $84.00 |
| 12/08/2016 | | Creditors Bureau USA | Non-Estate Receipts | 1180-002 | ($84.00) | | $0.00 |
| 01/17/2017 | | Creditors Bureau USA | The deposit from 12/7/2016 was reversed on 12/8/2016 in error. This credit is to undo the erroneous reversal from 12/8/2016. | 1180-002 | $84.00 | | $84.00 |
| | | | **SUBTOTALS** | | $86.12 | $3,510.31 | |

Filed 04/17/17    Case 15-13309    Doc 33    Exhibit 9    Page No: 3

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-13309-A-7 | Trustee Name: | Peter L. Fear |
|---|---|---|---|
| Case Name: | J. C. INTERIORS, INC. | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***3741 | Checking Acct #: | ******3309 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 8/20/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/10/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/17/2017 | 3010 | Creditors Bureau USA | A check for this amount from the above creditor was deposited in error. This check is to return the erroneously deposited check. | 8500-002 | | $84.00 | $0.00 |
| | | | **TOTALS:** | | $3,619.07 | $3,619.07 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $3,619.07 | $3,619.07 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $3,619.07 | $3,619.07 | |

| For the period of 8/20/2015 to 4/10/2017 | | For the entire history of the account between 01/04/2016 to 4/10/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $3,535.07 | Total Compensable Receipts: | $3,535.07 |
| Total Non-Compensable Receipts: | $84.00 | Total Non-Compensable Receipts: | $84.00 |
| Total Comp/Non Comp Receipts: | $3,619.07 | Total Comp/Non Comp Receipts: | $3,619.07 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $3,535.07 | Total Compensable Disbursements: | $3,535.07 |
| Total Non-Compensable Disbursements: | $84.00 | Total Non-Compensable Disbursements: | $84.00 |
| Total Comp/Non Comp Disbursements: | $3,619.07 | Total Comp/Non Comp Disbursements: | $3,619.07 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Filed 04/17/17    Case 15-13309    Page No: 4    Exhibit 9    Doc 33

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |   | | |
|---|---|---|---|---|
| **Case No.** | 15-13309-A-7 | | **Trustee Name:** | Peter L. Fear |
| **Case Name:** | J. C. INTERIORS, INC. | | **Bank Name:** | Integrity Bank |
| **Primary Taxpayer ID #:** | **-***3741 | | **Checking Acct #:** | ******3309 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 8/20/2015 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 4/10/2017 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|---|
| | | | $3,619.07 | $3,619.07 | $0.00 |

| For the period of 8/20/2015 to 4/10/2017 | | For the entire history of the case between 08/20/2015 to 4/10/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $3,535.07 | Total Compensable Receipts: | $3,535.07 |
| Total Non-Compensable Receipts: | $84.00 | Total Non-Compensable Receipts: | $84.00 |
| Total Comp/Non Comp Receipts: | $3,619.07 | Total Comp/Non Comp Receipts: | $3,619.07 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $3,535.07 | Total Compensable Disbursements: | $3,535.07 |
| Total Non-Compensable Disbursements: | $84.00 | Total Non-Compensable Disbursements: | $84.00 |
| Total Comp/Non Comp Disbursements: | $3,619.07 | Total Comp/Non Comp Disbursements: | $3,619.07 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ PETER L. FEAR

PETER L. FEAR